**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| CYNTHIA STEPHANIE GUZMAN-GALVEZ,<br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-03248-SHL-cgc |

**ORDER REQUIRING RESPONDENT TO FILE A SECOND STATUS REPORT BY OCTOBER 11, 2026, TO CONFIRM PETITIONER'S TRANSFER AND RELEASE**

On October 1, 2026, Petitioner Cynthia Stephanie Guzman-Galvez's immigration-related habeas petition was granted. (ECF No. 9.) Respondent was ordered, in no uncertain terms, to immediately transfer Petitioner from Louisiana back to the Western District of Tennessee, release her from custody, and file a status report within two business days of the Order. (Id. at PageID 42.) Respondent filed a status report on October 5, advising that Petitioner could not be immediately transferred, that the next available return was October 8, 2026, and that Respondent would, on October 8, return Petitioner to the Western District of Tennessee and then release her immediately. (ECF No. 10 at PageID 43.) However, today, October 9, Petitioner submitted a status report in which she stated that "facility officials [informed] [her] that she would need to be released from her detention in Louisiana and that no return to the Western District of Tennessee has been scheduled." (ECF No. 11 at PageID 46.)

It is unacceptable that, after the Court held that Guzman-Galvez was detained unlawfully and ordered her return to the Western District of Tennessee and immediate release thereafter, the Government continues to detain her. Respondent is **ORDERED** to file a second status report by

October 11, 2026, to confirm that Petitioner was transferred back to the Western District of Tennessee and thereafter released. Respondent is further **ORDERED TO SHOW CAUSE** why it has not complied with the Court's October 1, 2026, Order and provide a thorough plan to ensure that Guzman-Galvez's situation is not repeated. Finally, Respondent is reminded that this Court's Order made clear that Guzman-Galvez was first to be returned to the Western District of Tennessee and then released immediately. Releasing Guzman-Galvez in Louisiana would violate the Court's October 1 Order.

**IT IS SO ORDERED,** this 9th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE