**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| CYNTHIA STEPHANIE GUZMAN-GALVEZ,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-03248-SHL-cgc |

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE**
**BY 3:00 P.M. ON OCTOBER 14, 2026**

On October 9, 2026, the Court entered an Order requiring Respondent to file a second status report by October 11, 2026, to confirm that Petitioner was transferred back to the Western District of Tennessee and thereafter released. Respondent was further ordered to show cause why it had not complied with the Court's October 1, 2026, Order granting Petitioner's habeas petition and to provide a thorough plan to ensure that Petitioner's situation, which includes her unlawful detention and delayed release, is not repeated. At the time of the filing of this Order, two days after a response was due, Respondent has submitted no filing.

Therefore, Respondent is **ORDERED TO SHOW CAUSE**, in a filing submitted on the docket on or before October 14, 2026, at 3:00 PM central standard time, why he should not be held in contempt for failure to comply with a court order.

**IT IS SO ORDERED,** this 13th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE